# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Elaine Mickman,                                :
                    Petitioner                 :
                                               :
         v.                                    :         No. 1039 C.D. 2022
                                               :
Department of Human Services,                  :
                    Respondent                 :

**PER CURIAM**                    **O R D E R**

   NOW, January 10, 2024, upon consideration of Petitioner's application for reconsideration, the application is DENIED.